UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUTH M. COOPER

                                                     CASE NO.: 3:21CV1552(MPS)

    v.

YALE UNIVERSITY

## JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on February 29, 2024, granting the motion; it is therefore

ORDERED ADJUDGED and DECREED that judgment is entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 1st day of March 2024.

                                                      DINAH MILTON KINNEY, Clerk

                                                      By_____/s/_____
                                                      Devorah Johnson
                                                      Deputy Clerk

EOD 3/1/24